■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO SADDLER, Appellant. [807 NYS2d 907]—Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered March 22, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted murder in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Kemp*, 94 NY2d 831, 833 [1999]). Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Pine and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHOMARI GREENWOOD, Appellant. [810 NYS2d 266]—Appeal from a judgment of the Onondaga County Court (William D. Walsh, J.),